

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

December 9, 2015



FILED IN COURT OF APPEALS
12th Court of Appeals District

**DEC 10 2015**

TYLER TEXAS
PAM ESTES, CLERK

Houston County County Clerk
P O Box 370
Crockett, TX 75835
\* DELIVERED VIA E-MAIL \*

**Re:** JOHNSON, TERENCE
**CCA No.** PD-0228-14
**Trial Court Case No.** 12-06-00189-CR

**COA No.** 12-12-00425-CR

The Court of Criminal Appeals has this day issued a mandate for the above-referenced and styled case number. The mandate will be transmitted electronically only.

---

### \*\*\*COUNTY CLERK\*\*\*
### MANDATE RECEIPT ACKNOWLEDGEMENT
Pursuant to Rule 51.2(a)(1) T.R.A.P., please acknowledge receipt of the mandate of the Court of Criminal Appeals in the above numbered and styled case via this email link.

---

Sincerely,

Abel Acosta, Clerk

cc:   12th Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
Houston County County Attorney (DELIVERED VIA E-MAIL)
Amber N. Bewley (DELIVERED VIA E-MAIL)
District Clerk Houston County (DELIVERED VIA E-MAIL)
Joshua Thomas Liles (DELIVERED VIA E-MAIL)



# TEXAS COURT OF CRIMINAL APPEALS

Austin, Texas

# M A N D A T E



**TRIAL COURT NO. 12-06-00189-CR**

**COURT OF APPEALS NO. 12-12-00425-CR**

**THE STATE OF TEXAS,**

**TO THE <u>COUNTY COURT AT LAW OF HOUSTON COUNTY</u> — GREETINGS:**

Before our **COURT OF CRIMINAL APPEALS**, on **OCTOBER 7, 2015**, the cause upon appeal to review, revise or reverse your Judgment between:

**TERENCE JOHNSON**

**VS.**

**THE STATE OF TEXAS**

**CCRA NO. PD-0228-14**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the **STATE'S** Petition for Discretionary Review, and the same being inspected, it is **ORDERED, ADJUDGED AND DECREED** by the Court that the Petition for Discretionary Review be **GRANTED**.

The judgments of the court of appeals and trial court are **AFFIRMED**, in accordance with the Opinion of this Court, and that this decision be certified below for observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things to have it duly **RECOGNIZED, OBEYED AND EXECUTED.**

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

on this day **Wednesday, December 9, 2015**.

**ABEL ACOSTA**, Clerk

By: Deana Williamson, Deputy Clerk